RECEIVED
NOV 15 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

Case 6:16-mc-00047-RFD-PJH   Document 3   Filed 11/15/16   Page 1 of 1 PageID #: 13

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERESA D. ELLIS, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CECIL KENNEDY | MISC. CASE NO. 16-mc-47 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

### JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Teresa D. Ellis, as Special Administrator and Derivative; and Christina Kennedy, Eric Kennedy and Tammy Crabtree, as Derivative Claimants, of the Estate of Cecil Kennedy, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 15th day of November, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE